## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Spring Hill,

                    Plaintiff,        Case No. 24-11500

v.                               Judith E. Levy
                                    United States District Judge

Provident Asset Management
LLC,                           Mag. Judge Elizabeth A. Stafford

                    Defendant.

_____/

## ORDER STRIKING DEFENDANT'S ANSWER [17]

The Court has reviewed Defendant Provident Asset Management, LLC's answer. (ECF No. 17.) The Court strikes that document for the following reason:

☐ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☐ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☐ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☐ Failure to comply with the discovery dispute protocol set forth in the Court's Practice Guidelines. *See Judge Judith E. Levy*, United States District Court for the Eastern District of Michigan, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=44.

☒ Other: <u>The answer was filed *pro se* by Jeremy Dantzler "as agent for Provident Asset Management." (ECF No. 17, PageID.61.) Dantzler cannot represent Provident Asset Management, LLC *pro se* because it is an LLC. *See Lea v. Tracy Langston Ford, Inc.*, No. 19-5706, 2019 WL 9171095, at \*2 (6th Cir. Dec. 30, 2019) ("A corporation, partnership, or association may appear in federal courts only through licensed counsel and not through the pro se representation of an officer, agent, or shareholder.")</u>

The document (ECF No. 17) is STRICKEN and not part of the record. Defendant Provident Asset Management must retain licensed

counsel and enter a notice of appearance by **January 6, 2025**. Failure

to comply with this order may result in entry of default judgment.

IT IS SO ORDERED.

Dated: December 3, 2024                s/Judith E. Levy
      Ann Arbor, Michigan            JUDITH E. LEVY
                                       United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 3, 2024.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager