# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Spring Hill,

                    Plaintiff,        Case No. 24-11500

v.                               Judith E. Levy
                                 United States District Judge

Provident Asset Management,

                               Mag. Judge Elizabeth A.
              Defendant.   Stafford

_____/

## JUDGMENT

Judgment is entered in favor of Plaintiff Spring Hill and against Defendant Provident Asset Management, consistent with the opinion and order entered on today's date.

                                       KINIKIA D. ESSIX
                                       CLERK OF THE COURT

                                By:   s/William Barkholz
                                       DEPUTY COURT CLERK

Date: February 7, 2025

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE