UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Spring Hill,

                Plaintiff,       Case No. 24-11500

v.                            Judith E. Levy
                             United States District Judge

Provident Asset Management,
L.L.C.,                     Mag. Judge Elizabeth A. Stafford

                Defendant.

_____/

## ORDER VACATING NOTICE [51]

IT IS HEREBY ORDERED that the Notice of Determination of Motion Without Oral Argument, entered on April 22, 2026, is VACATED.

Date: April 22, 2026          s/Judith E. Levy
Ann Arbor, Michigan       JUDITH E. LEVY
                           United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 22, 2026.

                        s/William Barkholz
                        WILLIAM BARKHOLZ
                        Case Manager